Stephen G. Recordon (SBN 91401)
**Recordon & Recordon**
225 Broadway, Suite 1900
San Diego, CA 92101
Phone: (619) 232-1717
Facsimile: (619) 232-5325
Email: sgrecordon@aol.com

Attorneys for Plaintiff SEYED SADEGHI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SEYED SADEGHI,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN AKTIENGESELLSCHAFT and VOLKSWAGEN GROUP OF AMERICA INC<br><br>Defendants. | CASE No. 2016-cv-00209 JLS (JCG)<br><br>PLAINTIFF'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 |

Pursuant to Local Rule 7.1-1, counsel for Plaintiff certifies that as of this date, Plaintiff is not aware of any party with a pecuniary interest in the outcome of this matter, other than the named parties to this action.

Respectfully submitted,

DATED: February 9, 2016

/s/ Stephen G. Recordon
STEPHEN G. RECORDON
Attorney for Plaintiff