AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| SEYED SADEGHI<br>*Plaintiff(s)*<br>v.<br><br>VOLKSWAGEN AKTIENGESELLSCHAFT and VOLKSWAGEN GROUP OF AMERICA, INC.<br>*Defendant(s)* | ) | Civil Action No. 16-cv-01247-CRB<br>Lead 15-md-2672-CRB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Volkswagen Group of America, Inc.
c/o CSC, 2710 Gateway Oaks Drive, Ste., 150 N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Stephen G. Recordon
225 Broadway, Ste. 1900
San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: April 19, 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-cv-1247-CRB Lead No: 15-md-2672-CRB

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Volkswagen Group of America, Inc.
was received by me on *(date)* 05/26/2016 .

☐ I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Becky De George at CSC, Lawyers Incorporating Service , who is designated by law to accept service of process on behalf of *(name of organization)* Volkswagen Group of America, Inc. 2710 Gateway Oaks Drive, Ste., 150 N, Sacramento, CA 95833 on *(date)* 05/31/2016 at 3:50pm ; or

☐ I returned the summons unexecuted because ________ ; or

☐ Other *(specify)*: ________ .

My fees are $ 25.00 for travel and $ ____ for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: 06/01/2016

[signature]
*Server's signature*

Jeremy Glaze/ Reg. No.: 2011-65/County: Sacramento
*Printed name and title*

Vanguard Legal Solutions
1355 Sixth Ave., Ste., A
San Diego, CA 92101 (619) 255-6998
*Server's address*

Additional information regarding attempted service, etc: